

NUMBER 13-13-00187-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DON SAMUELS AND
GALA YORK SAMUELS,                                    **Appellants,**

**v.**

WELLS FARGO BANK, N.A.,
AS TRUSTEE FOR OPTION
ONE MORTGAGE LOAN
TRUST 2007-4 ASSET-
BACKED CERTIFICATES,
SERIES 2007-4; HOMEWARD
RESIDENTIAL, INC.,F/K/A
AMERICAN HOME MORTGAGE
SERVICING, INC.; AND MANN
& STEVENS, P.C.,                                    **Appellees.**

## On appeal from the 200th District Court of
## Travis County, Texas.

# MEMORANDUM OPINION

## Before Justices Rodriguez, Benavides, and Longoria
## Memorandum Opinion Per Curiam

Appellants, Don Samuels and Gala York Samuels, appealed a judgment entered by the 200th District Court of Travis County, Texas. On April 8, 2013, the Clerk of this Court notified appellants that the $175.00 filing fee was due. No filing fee was received and on May 1, 2013, the Clerk of this Court notified appellants, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $175.00 filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellants have not responded to the notice from the Clerk or paid the $175.00 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

The Court, having considered the documents on file and appellants' failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

Delivered and filed the
13th day of June, 2013.

2